UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELA WILLIAMS, ) | Civil No. 06cv1350JM(AJB) |
| Plaintiff, ) ) | ORDER GRANTING JOINT MOTION REGARDING MANDATORY SETTLEMENT CONFERENCE |
| v. ) ) | |
| DONALD C. WINTER, SECRETARY ) DEPARTMENT OF THE NAVY ) | |
| Defendant. ) ) | |

Having considered the parties' Joint Motion Regarding Mandatory Settlement Conference and finding the motion meritorious, the Court GRANTS the motion and ORDERS that the Mandatory Settlement Conference scheduled for October 22, 2007 at 10:00 a.m. shall be converted to a telephonic status conference, that Defendant's counsel shall initiate the telephonic status conference, and that the Mandatory Settlement Conference shall be rescheduled for a date to be set during such telephonic status conference.

**It is so ordered.**

DATED: October 19, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court