1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10    LELA WILLIAMS,                          )    Civil No. 06cv1350JM(AJB)
                                              )
11              Plaintiff,                    )    ORDER GRANTING JOINT
                                              )    MOTION REGARDING
12         v.                                 )    PRIVACY ACT MATERIALS
                                              )    [Doc. No. 19]
13                                            )
      DONALD C. WINTER, SECRETARY             )
14    DEPARTMENT OF THE NAVY                  )
                                              )
15              Defendant.                    )
                                              )

16

17        The parties to this litigation have filed a Joint Motion Regarding Privacy Act Materials.  In

18    that motion, the parties represent that Defendant Donald C. Winter, Secretary of the Navy, has

19    retrieved records from Plaintiff's workplace computer as part of Defendant's discovery efforts in

20    this litigation, and that such records are relevant to the issues in this case or reasonably calculated

21    to lead to the discovery of admissible evidence.  Having considered the parties' Joint Motion

22    Regarding Privacy Act Materials and finding the motion meritorious, the Court GRANTS the motion

23    and ORDERS as follows:

24        Defendant  is ordered to produce to Plaintiff's counsel of record herein all records retrieved

25    from Plaintiff's workplace computer as part of Defendant's discovery efforts in this litigation.

26    Records in this production containing information about applicants for employment and employees

27    other than Plaintiff may be used by Plaintiff only for the purpose of pursuing her claims in this

28    litigation, and shall not be shown or disseminated to others except to the extent necessary to pursue

1  such claims.  Plaintiff's counsel shall maintain the records in this production containing information

2  about applicants for employment and employees other than Plaintiff in secure locations accessible

3  only to Plaintiff's counsel, her office staff and such other persons who are necessary to her pursuit

4  of the claims in this litigation.  Within 30 days after the conclusion of this litigation, records in this

5  production containing information about applicants for employment and employees other than

6  Plaintiff shall be destroyed or returned to Defendant, along with any copies of such records.  The

7  following information about applicants for employment and employees other than Plaintiff shall be

8  redacted before the records are shown or disseminated to persons not employed by Defendant or are

9  used as exhibits in any deposition or proceeding:  names of the applicants, employees and their

10  children, spouses and domestic partners; social security numbers; birth dates; home addresses; home

11  and cellular telephone numbers; medical information; and personal (i.e., non-work) e-mail addresses.

12       **IT IS SO ORDERED.**

13

DATED:  November 14, 2007

14

15                          Hon. Anthony J. Battaglia
                        U.S. Magistrate Judge

16                          United States District Court

17

18

19

20

21

22

23

24

25

26

27

28