# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELA WILLIAMS,<br><br>                        Plaintiff,<br>   vs.<br>DONALD C. WINTER,<br><br>                        Defendant. | CASE NO. 06 CV 1350 JM (AJB)<br><br>**ORDER GRANTING JOINT APPLICATION TO SHORTEN TIME** |

Having reviewed the parties' joint application and for good cause shown, the court hereby **GRANTS** the parties' application to shorten time for filing Plaintiff's response to Defendant's motion for summary judgment or partial summary judgment, and to shorten time for filing Defendant's reply.

The court hereby **ORDERS** that Plaintiff's opposition must be filed and served no later than **Monday, February 25, 2008**. Defendant's reply must be filed and served no later than **Monday, March 3, 2008**.

**IT IS SO ORDERED.**

DATED: February 22, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties