# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELA WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>DONALD C. WINTER,<br><br>　　　　　　　　Defendant. | CASE NO. 06 CV 1350 JM (AJB)<br><br>**ORDER GRANTING APPLICATION TO SHORTEN TIME (Doc. No. 30)** |

In Plaintiff's February 26, 2008 application (Doc. no. 30) to shorten time for filing her response to Defendant's motion for summary judgment or partial summary judgment, the declaration of Plaintiff's counsel indicates that Defendant does not oppose the request. Having reviewed the application and for good cause shown, the court hereby **GRANTS** the application. Further, the court hereby establishes the following briefing schedule:

• Plaintiff's opposition must be filed and served no later than **Friday, February 29, 2008**.

• Defendant's reply must be filed and served no later than **Friday, March 7, 2008**.

• The hearing on this motion shall take place on **Wednesday, March 19, 2008, at 2:00 p.m.** in Courtroom 16.

**IT IS SO ORDERED.**

DATED: February 27, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge