# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELA WILLIAMS,<br><br>                      Plaintiff,<br>vs.<br><br>DONALD C. WINTER,<br><br>                      Defendant. | CASE NO. 06 CV 1350 JM (AJB)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATIONS TO CORRECT AND SUPPLEMENT LODGED EXHIBITS**<br><br>**(DOC. NOS. 45, 46)** |

      Plaintiff has submitted two ex parte applications (Doc. nos. 45, 46) to allow her to correct and supplement the exhibits she lodged in support of her opposition to Defendant's motion for summary judgment. These applications are unopposed. For good cause shown, the court hereby **GRANTS** the relief requested.

      In an effort to streamline the filings, the court further **ORDERS** Plaintiff to re-file **all** of her lodged exhibits, **as properly amended pursuant to her ex parte applications**, rather than to re-file some of the exhibits in a piecemeal manner. When Plaintiff re-files the exhibits in proper form, she is also to inform the Clerk of the Court as to which Docket entries have been withdrawn and replaced

//
//
//
//

1  by the new exhibits. Plaintiff is also directed to send the court a **courtesy copy** of all of her newly-
2  lodged exhibits once they have been electronically filed.
3        **IT IS SO ORDERED.**
4  DATED: March 6, 2008

                                         _____
                                         Hon. Jeffrey T. Miller
                                         United States District Judge

8  cc:      All parties