FILED
JUN 2 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LELA WILLIAMS, ) No. 06cv1350JM(AJB)
)
    Plaintiff, )
) SPECIAL VERDICT FORM
    v. )
)
DONALD C. WINTER, SECRETARY )
)
    Defendant. )
_____ )

**Question 1:** Has the Plaintiff proved, by a preponderance of the evidence, that she was subjected to any adverse employment action solely because of her participation in protected activity?

    Yes _____      No __X__

If you answered "Yes" to Question 1, then answer Question 2. If you answered "No" to Question 1, then skip Question 2, and answer Question 3.

**Question 2.** List the adverse employment action[s] that the Plaintiff was subjected to solely because of her participation in protected activity:

    ▸ Denied promotion to Grade 7 from July 14, 2004 until August 2006

        Yes _____      No _____

    ▸ Denied promotion to Specialist in or about July 2006

        Yes _____      No _____

    ▸ Denied a performance award in or about June 2005

        Yes _____      No _____

1

ORIGINAL

06cv1350

1     ▸    Subjected to heightened scrutiny, false accusations about her performance, an increased workload, and/or an undeserved annual performance rating between April 2006 and August 2007

        Yes _____          No _____

    Answer Question 3.

**Question 3:.** Has the Plaintiff proved, by a preponderance of the evidence, that her participation in protected activity was a motivating factor in any adverse employment action?

        Yes _____          No __X__

    If you answered "Yes" to Question 3, then answer Question 4. If you answered "No" to Question 3, but "Yes" to Question 1, then answer Question 7. If you answered "No" to both Question 3 and Question 1, then skip the remaining questions, and have the Presiding Juror date, sign and return this form to the Court.

**Question 4:**    List the adverse employment action[s] for which the Plaintiff's participation in protected activity was a motivating factor:

    ▸    Denied promotion to Grade 7 from July 14, 2004 until August 2006

        Yes _____          No _____

    ▸    Denied promotion to Specialist in or about July 2006

        Yes _____          No _____

    ▸    Denied a performance award in or about June 2005

        Yes _____          No _____

    ▸    Subjected to heightened scrutiny, false accusations about her performance, an increased workload, and/or an undeserved annual performance rating between April 2006 and August 2007

        Yes _____          No _____

    If you answered Question 4, then answer Question 5.

**Question 5:**    Has the Defendant proved, by a preponderance of the evidence, that the Plaintiff would have been subjected to any adverse employment action[s] you listed in response to Question 4 even if the Plaintiff's participation in protected activity had played no role in such actions?

        Yes _____          No _____

///

ORIGINAL

If you answered "Yes" to Question 5, then answer Question 6. If you answered "No" to Question 5, then answer Question 7.

**Question 6:** List the adverse employment action[s] the Plaintiff would have been subjected to even if her participation in protected activity had played no role in such actions:

- Denied promotion to Grade 7 from July 14, 2004 until August 2006

    Yes _____          No _____

- Denied promotion to Specialist in or about July 2006

    Yes _____          No _____

- Denied a performance award in or about June 2005

    Yes _____          No _____

- Subjected to heightened scrutiny, false accusations about her performance, an increased workload, and/or an undeserved annual performance rating between April 2006 and August 2007

    Yes _____          No _____

If you answered either Question 2 or Question 4, then answer Question 7. If you did not answer either of those Questions, then skip Question 7, and have the Presiding Juror date, sign and return this form to the Court.

**Question 7:** What amount of damages do you find will fairly compensate the Plaintiff?

$_____

The Presiding Juror should date, sign and return this form to the Court.

DATED: June 24, 2008          _Erhart D. J Eft_
                                           Presiding Juror

3                                                              ORIGINAL          06cv1350